UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALEC L., ET AL., ) | |
| ) | |
| Plaintiffs-Appellants, ) | |
| ) | |
| v. ) | No. 13-5192 |
| ) | |
| GINA McCARTHY, ET AL., ) | |
| ) | |
| Defendants-Appellees. ) | |

NOTICE OF FILING AMICUS BRIEF

Notice is hereby provided that, with the consent of all the parties, an amicus brief in support of Plaintiffs-Appellants has been filed today by Interfaith Moral Action on Climate, Interfaith Power and Light, The Green Zionist Alliance, The Sisters of Mercy of the Americas, The Sisters of Mercy of the Americas Northeast Community Leadership Team, and The Sisters of Mercy Northeast Justice Council ("the Faith Groups").

Respectfully submitted,

____/s/_____
Katherine Anne Meyer
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W. Suite 700
Washington, D.C. 20009
(202) 588-5206

Counsel for Amici Curiae Faith Groups

USCA Case #13-5192    Document #1465783    Filed: 11/12/2013    Page 2 of 2