# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALEC L., *et al.*, <br>　　　　*Plaintiffs-Appellants*, <br><br> v. <br><br> GINA McCARTHY, *et al.*, <br>　　　　*Defendants-Appellees*, <br><br> and <br><br> THE NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*, <br>　　　　*Defendants-Intervenors-Appellees* | No. 13-5192 |

## NOTICE OF INTENT TO FILE AS AMICI CURIAE

Notice is hereby provided that, with the consent of all parties, the following scientists intend to file a brief as *amici curiae* in the above-captioned appeal: James Hansen, David Beerling, Paul J. Hearty, Ove Hoegh-Guldberg, Pushker Kharecha, Valérie Masson-Delmotte, Camille Parmesan, Eelco J. Rohling, Makiko Sato, Pete Smith and Lise Van Susteren (hereafter "Amici Scientists").

Dated:  November 12, 2013　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Daniel M. Galpern
　　　　　　　　　　　　　　　　　　Daniel M. Galpern
　　　　　　　　　　　　　　　　　　Law Offices of Charles M. Tebbutt, P.C.
　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2013, I have served the foregoing notice on all registered counsel through the Court's Case Management/Electronic Filing System (CM/ECF).

/s/ Daniel M. Galpern
Daniel M. Galpern
*Counsel for Amici Curiae*
Dated: November 12, 2013
