## CERTIFICATE OF INTERESTED PARTIES, RULINGS, AND RELATED CASES

**A. Parties and *Amici*.** Except for the following, all parties, intervenors, and *amici* appearing before the district court and in this Court are listed in the Brief for Plaintiffs-Appellants. James Hansen, David Beerling, Paul J. Hearty, Ove Hoegh-Guldberg, Pushker Kharecha, Valérie Masson-Delmotte, Camille Parmesan, Eelco Rohling, Makiko Sato, Pete Smith, and Lise Van Susteren are *amici curiae* in this appeal (referred to hereinafter as "Amici Scientists.").

**B. Rulings under Review.** The rulings under review are the District Court's May 31, 2012 order granting Defendants and Defendant-Intervenors' Motions to Dismiss (A085) (and incorporated memorandum opinion (A074-84)); and May 22, 2013 order denying Plaintiffs' Motion for Reconsideration (A097) (and incorporated memorandum opinion (A086-96)), in *Alec L., et al. v. Jackson, et al.*, No. 1:11-cv-02235-RLW (Hon. Robert L. Wilkins).

**C. Related Cases.** Amici Scientists are unaware of any related cases.

Dated:
November 12, 2013

Respectfully submitted,

*/s/ Daniel M. Galpern*
Daniel M. Galpern
*Counsel for Amici Curiae*

# CORPORATE DISCLOSURE STATEMENT

*Amici curiae* Scientists, James Hansen, David Beerling, Paul J. Hearty, Ove Hoegh-Guldberg, Pushker Kharecha, Valérie Masson-Delmotte, Camille Parmesan, Eelco J. Rohling, Makiko Sato, Pete Smith and Lise Van Susteren are individuals and co-authors of Exhibit 1 to this Amicus Brief. They are not publicly held corporations, they issue no stock, they have no parent companies, and no publicly held company owns any stock in them. *Amici Scientists* have the purpose here only to assist the Court's consideration of the nature of the climate crisis, including the burden being imposed on present and future generations, and to describe a prescription for a plan of action that, if pursued, could be adequate to preserve essential features of the climate system under which civilization developed.