IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALEC L., *et al.*,<br><br>      *Plaintiffs-Appellants*,<br><br>v.<br><br>GINA McCARTHY, *et al.*,<br><br>      *Defendants-Appellees*,<br><br>and<br><br>THE NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*,<br><br>      *Defendants-Intervenors-Appellees* | No. 13-5192 |

**NOTICE OF INTENT TO FILE AS AMICI CURIAE**

Notice is hereby provided that, with the consent of all the parties, an amicus brief in support of Plaintiffs-Appellants will be filed today by the National Congress of American Indians, Alaska Inter-Tribal Council, Forgotten People, Inc., Indigenous Peoples Climate Change Working Group, National Native American Law Student Association, Akiak Native Community, and Law Professors Randall Abate, Lorie Graham, Diane Kaplan, Sarah Krakoff, Colette Routel, and Elizabeth Kronk Warner. *Amici* are filing this notice pursuant to D.C. Circuit Rule 29(b).

Dated: November 12, 2013              Respectfully submitted,

<p style="margin-left: 40%;">
<u>/s/ F. Michael Willis</u><br>
F. Michael Willis<br>
Hobbs Straus Dean & Walker, LLP<br>
2120 L Street NW, Suite 700<br>
Washington, D.C. 20037<br>
(202) 822-8282<br>
<br>
*Counsel for Amici Curiae*
</p>

## CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2013, a copy of the forgoing document was filed electronically with this Court, which will transmit notice of this filing to all parties by operation of the Court's electronic filing system, and there are no parties who have appeared in this proceeding who have not consented to electronic service.

Dated: November 12, 2013                                    */s/ F. Michael Willis*
                                                                           F. Michael Willis