**ORAL ARGUMENT NOT YET SCHEDULED**
No. 13-5192

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

───────────────────────────

ALEC L., *et al.*,

        *Plaintiffs – Appellants*,

v.

GINA McCARTHY, *et al.*,

        *Defendants – Appellees*,

THE NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*,

        *Intervenors for Defendants – Appellees*

───────────────────────────

**On Appeal from the Unites States District Court for the District of Columbia (No. 11-cv-02235 (RLW))**

───────────────────────────

**NOTICE OF INTENT TO FILE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLANTS**

───────────────────────────

*Counsel for Amici Curiae*
TIMOTHY M. BECHTOLD
Bechtold Law Firm, PLLC
317 East Spruce Street
PO Box 7051
Missoula, MT 59807
(406) 721-1435

Pursuant to Circuit Rule 29(b), notice is hereby given that, with all parties consenting, an *amicus curiae* brief in support of Plaintiffs-Appellants will be filed today by Texas State Representative Lon Burnam, Montgomery County Councilman Marc Elrich, Missoula Mayor John Engen, and Eugene Mayor Kitty Piercy.

Dated:  November 12, 2013                    Respectfully submitted,

*/s/ Timothy M. Bechtold*
Timothy M. Bechtold
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2013, I have served the foregoing Notice of Intent to File as *Amici Curiae* on all registered counsel through the Court's Case Management/Electronic Filing System (CM/ECF).

*/s/ Timothy M. Bechtold*
Timothy M. Bechtold
*Counsel for Amici Curiae*

Dated: November 12, 2013