# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-5192** | **September Term, 2013** |
| | 1:11-cv-02235-RLW |
| | **Filed On:** July 22, 2014 |

Alec L., by and through his Guardian Ad Litem
Victoria Loorz, et al.,

   Appellants

  v.

Gina McCarthy, in her official capacity as
Administrator of the United States
Environmental Protection Agency, et al.,

   Appellees

  **BEFORE:**  Garland, Chief Judge; Srinivasan, Circuit Judge; and Ginsburg, Senior Circuit Judge

### O R D E R

Upon consideration of the corrected motion to publish court opinion, it is

**ORDERED** that the motion be denied.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY:  /s/
          Jennifer M. Clark
          Deputy Clerk